IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADRIAN CAMPBELL,

   Petitioner,

    v.

ROBERT A. DEYTON DETENTION CENTER,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-4606-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the Petition without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 23 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Campbell\r&r.wpd